**5/02/2022**

| | | |
|---|---|---|
| Transfer To Cash App | -$40.00 | › |
| | $80.41 | |
| Transfer To Cash App | -$60.00 | › |
| | $120.41 | |
| Transfer To Cash App | -$24.00 | › |
| | $180.41 | |
| EB From Savings 5006 | $50.00 | › |
| | $204.41 | |
| EB From Savings 5006 | $130.00 | › |
| | $154.41 | |

**4/29/2022**

| | | |
|---|---|---|
| EB To Savings 5006 | -$1,453.00 | › |
| | $24.41 | |
| Mintomoney Kiara Jones | -$200.57 | › |
| | $1,477.41 | |
| Amazon Prime Membership | -$16.19 | › |
| | $1,677.98 | |
| EB From Savings 5006 | $24.00 | › |
| | $1,694.17 | |
| Mpls Usps Pdc Mn Fed | $1,660.44 | › |
| | $1,670.17 | |

**4/28/2022**

| | | |
|---|---|---|
| Spi Huntsville Utilities Pay Alspi | -$219.32 | › |
| | $9.73 | |
| Shell | -$4.23 | › |
| | $229.05 | |

**4/27/2022**