
 
| Your Direct & Trusted Lender |



Questions?
Call **(844) 496-4686**
**(844-49MINTO)**

## Notice of Account in Collections

5/16/2022

Dear Kiara:

Our records indicate that your bank returned your recent payment of **$200.57** that was due on **4/29/2022** as **R07**.

Your account is now in collections, and the current outstanding balance is **$1,170.59**.

To avoid this account being placed with a Third Party Collection Agency, we have several options available to help you.

Call us today to see how we can help or click on the link below to see the following payment options:

- Eligibility for a settlement discount
- Make a payment
- Set up a flexible payment plan

**CLICK HERE FOR PAYMENT OPTIONS**

Questions? We're here to help answer any questions and offer assistance Monday through Friday 7AM to 7PM and Saturday 8AM to 4:30PM CST.

**Minto Financial dba Minto Money**
PO BOX 58112
Minto, AK 99758