# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE KIARA JONES,

    Debtor,

KIARA JONES,

    Plaintiff,

v.

MINTO FINANCIAL DBA MINTO MONEY,

    Defendant.

Bankruptcy Case Number
22-80637-CRJ-13

Adversary Proceeding No.
24-80008-CRJ

## APPLICATION FOR ATTORNEY'S FEE

COMES NOW the undersigned attorney, John C. Larsen, and hereby makes an application for payment of attorney's fees in the amount of $8,000.00. In support of this motion, counsel states as follows:

1. Kiara Jones filed a Chapter 13 bankruptcy petition on April 15, 2022. Due to an alleged violation of the automatic stay by Minto Financial dba Minto Money, an adversary proceeding was filed on behalf of the Debtor on February 2, 2024. The undersigned attorney has performed substantial work including multiple meetings and telephone conversations with the Debtor, drafting and filing multiple documents, and time on negotiations with opposing counsel.
2. A settlement has been reached in which Defendant shall pay to Debtor's counsel a total of $10,000.00 to settle any and all claims arising from this adversary proceeding. In addition to Debtor's counsel retaining a fee of $8,000.00, the Debtor shall retain $1,000.00 as allowed by her exemptions, and Michele Hatcher, Chapter 13 Trustee, shall retain $1,000.00 to be applied towards the Debtors' bankruptcy estate.
3. The motion to approve compromise and settlement was filed on May 16, 2024.
4. Pursuant to §362(k)(1): An individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorney's fees, and, in appropriate circumstances, may recover punitive damages. See <u>Parker v. Credit Central South, Inc</u>. In *Scott*, the court found: 1) The plain language of §362(k) provides for a mandatory award for the recovery of attorney's fees for willful violations of the automatic stay without limitation to a return to the status quo; 2) It is well established in reported case law in this District that an award of attorney's fees for

violation of the automatic stay include fees necessary to prosecute the adversary proceeding; 3) Nothing in the history of §362 suggests that awards of attorney's fees for a violation of the automatic stay are limited to that which is necessary to reinstate the status quo; 4) The Ninth Circuit's decision in Sternberg v. Johnston, which limits awards of attorney's fees to that which is necessary to terminate the violation but not prosecute the adversary proceeding to recover damages and attorney's fees, is not persuasive and will not be followed here; and 5) *Credit Central* misapplies the rule of *Sternberg* to this case and misstates several reported cases in support of its position. The Court concluded that the Attorney's fees requested were reasonable and in keeping with §362(k). Counsel for the Debtor is hereby requesting compensation in the amount of $8,000.00.

5. No agreement exists between the Attorney and any other person or entity outside of his law firm for the sharing of compensation in this case.

**WHEREFORE**, THE FOREGOING PREMISES CONSIDERED, the undersigned attorney prays that this Court will enter an Order Granting Attorney's Fee and directing counsel for the Defendant to remit the appropriate funds to counsel for the debtor as listed in this application.

                                              Respectfully Submitted,

                                              /s/ *John C. Larsen*
                                              John C. Larsen
                                              Attorney for the Debtor/Plaintiff,
                                              Kiara Jones

OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@jlarsenlaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the mailing matrix and all attorneys of record by electronic notice and/or by depositing a copy thereof in the United States Mail, properly addressed and postage prepaid, on this the 16th day of May, 2024.

Jason R. Watkins
Attorney for Defendant Minto Financial
Silver Voit Garrett & Watkins
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609
(251) 338-1096
jwatkins@silvervoit.com

  A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, and Richard Blythe, Bankruptcy Administrator, on this the 16th day of May, 2024.

                 /s/ *John C. Larsen*

## Attorney's Fee and Expenses

| Task/Expense | Date | Hours | Rate |
|---|---|---|---|
| Call with Debtor Re: Bank Draft by Defendant Schedule Appointment to come Into the Office to discuss | 5/11/2022 | 0.35 | $450/Hour |
| Meeting with Debtor to Discuss Bank Draft by Defendant And Gather evidence of same | 5/11/2022 | 0.50 | $450/Hour |
| Review of Supreme Court Ruling On Bankruptcy Jurisdiction of Sovereign Tribes | 1/31/2024 | 1.00 | $450/Hour |
| Call with Debtor Re: Email by Defendant Schedule Appointment to come Into the Office to discuss | 1/31/2024 | 0.35 | $450/Hour |
| Meeting with Debtor to Discuss Email by Defendant and Gather Evidence of same | 2/2/2024 | 0.50 | $450/Hour |
| Review of BNC Certificates of Notice for notice to Defendant | 2/2/2024 | 0.25 | $140/Hour |
| Drafting and filing of Adversary Proceeding Complaint | 2/2/2024 | 1.25 | $450/Hour |
| Research of service addresses for Defendant, preparation and filing of Certificate of Service for Summons | 2/6/2024 | 0.75 | $140/Hour |
| Printing and Mailing Copies of Summons and Complaint to all Addresses for Defendant | 2/6/2024 | 0.35 | $140/Hour |
| Emails with opposing counsel Re: Extension, Damages, Facts, and Settlement | 3/1/2024 | 0.20 | $450/Hour |
| Call with opposing counsel Re: Extension of Time to Respond | 3/1/2024 | 0.50 | $450/Hour |

| Description | Date | Hours | Rate |
|---|---|---|---|
| And Settlement | | | |
| Review of Defendant's Motion to Extend | 3/4/2024 | 0.50 | $450/Hour |
| Review of Order on Motion to Extend | 3/5/2024 | 0.20 | $450/Hour |
| Call with Debtor Re: Settlement | 3/6/2024 | 0.50 | $450/Hour |
| Emails with opposing counsel Re: Settlement | 3/6/2024 | 0.40 | $450/Hour |
| Drafting and filing Notice of Settlement | 3/6/2024 | 0.50 | $450/Hour |
| Review of Order vacating deadlines | 3/8/2024 | 0.25 | $450/Hour |
| Emails with opposing counsel Re: Settlement Agreement | 4/29/2024 | 0.20 | $450/Hour |
| Drafting and Preparing Motion to Approve Compromise and Settlement | 5/10/2024 | 1.50 | $450/Hour |
| Drafting and Preparing Application For Attorney's Fee | 5/10/2024 | 2.00 | $450/Hour |
| Emails with opposing counsel Re: Defendant's Summary of New Procedures and 9019 Motion | 5/10/2024 | 0.30 | $450/Hour |
| Drafting and Preparing Motion to Extend Settlement Document Deadline | 5/11/2024 | 0.50 | $450/Hour |
| Review of Order Extending Settlement Document Deadline | 5/11/2024 | 0.20 | $450/Hour |
| Emails with opposing counsel Re: Settlement Agreement | 5/14/2024 | 0.40 | $450/Hour |
| Drafting Proposed Settlement Agreement | 5/14/2024 | 2.00 | $450/Hour |
| Meeting with Debtor to Review And Sign Settlement Agreement | 5/14/2024 | 0.50 | $450/Hour |

| Description | Date | Hours | Rate |
|---|---|---|---|
| Emails with opposing counsel Re: Plaintiff Executed Settlement Agreement | 5/14/2024 | 0.20 | $450/Hour |
| Emails with opposing counsel Re: Fully Executed Settlement Agreement and Direction of Pay | 5/14/2024 | 0.20 | $450/Hour |
| Emails with opposing counsel Re: Defendant's Summary of New Procedures and 9019 Motion | 5/15/2024 | 0.40 | $450/Hour |
| Review of Defendants Summary of New Procedures | 5/15/2024 | 0.30 | $450/Hour |
| Emails with opposing counsel Re: Defendant's Summary of New Procedures and 9019 Motion | 5/15/2024 | 0.20 | $450/Hour |
| Amending Schedule B/C to add AP proceeds | 5/16/2024 | 0.50 | $450/Hour |
| Editing and Filing Motion to Approve Compromise and Settlement | 5/16/2024 | 0.50 | $450/Hour |
| Editing and Filing Application For Attorney's Fee | 5/16/2024 | 0.50 | $450/Hour |
| Court appearance for Compromise Hearing and Attorney's Fee Application | TBD | 0.50 | $450/Hour |

**TOTALS**

| | | |
|---|---|---|
| **Attorney Fees** | **17.9 Hrs @ $450/ Hour** | **$8,055.00** |
| **Paralegal Fees** | **1.35 Hrs @ $140/Hour** | **$189.00** |
| **Total Fee** | | **$8,244.00** |

**Reduced Fee** $8,000.00

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 22-80637-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Thu May 16 15:48:26 CDT 2024 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | AF Title<br>6400 Winchester Rd<br>Memphis, TN 38115-8117 |
| Advance America<br>4710 University Dr<br>Unit 2<br>Huntsville, AL 35816-3443 | Advance America<br>c/o Purpose Financial, Inc.<br>PO Box 3058<br>Spartanburg, SC 29304-3058 | American Car Center<br>3777 Univesity Dr.<br>Huntsville, AL 35816-3139 |
| American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cash Central<br>5165 Emerald Pkwy<br>Suite 100<br>Dublin, OH 43017-1095 |
| Huntsville Emergency Physicians Group<br>c/o Franklin Service Inc<br>Po Box 3910<br>Tupelo, MS 38803-3910 | Huntsville Hospital<br>101 Sivley Rd<br>Huntsville, AL 35801-4470 | Huntsville Hospital<br>c/o Franklin Service Inc<br>Po Box 3910<br>Tupelo, MS 38803-3910 |
| Mercantile Adjustment Bureau, LLC<br>165 Lawrence Bell Dr.<br>Suite 100<br>Buffalo, NY 14221-7900 | Minto Money<br>P.O. Box 58112<br>Minto, AK 99758-0112 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Kiara Jones<br>6251 Rime Village Dr. NW Apt 106<br>Huntsville, AL 35806-2754 | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Republic Finance<br>1140 Roma Ave<br>Hammond, LA 70403 | (d)Republic Finance<br>6125 University Dr<br>Suite D8<br>Huntsville, AL 35806 | (d)Republic Finance, LLC<br>282 Tower Rd<br>Ponchatoula, LA 70454 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AF Title Co., dba American Financial | (d)Advance America<br>c/o Purpose Financial<br>PO Box 3058<br>Spartanburg, SC 29304-3058 | End of Label Matrix<br>Mailable recipients 18<br>Bypassed recipients 2<br>Total 20 |