UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| KIARA JONES, Debtor(s). | Case No. 22-80637-CRJ-13 |
| | Chapter 13 |
| KIARA JONES, Plaintiff(s), | |
| v. | |
| MINTO FINANCIAL D/B/A MINTO MONEY, Defendant(s). | AP No. 24-80008-CRJ |

### FINAL ORDER APPROVING JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT AND APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

On May 17, 2024**,** the Court entered a Tentative Ruling on Joint Motion to Approve Compromise and Settlement and Application for Approval of Attorney's Fees ("Tentative Ruling"), ECF No. 18, tentatively approving the compromise and settlement of this Adversary Proceeding unless an objection or response to the proposed settlement was filed by 12:00 p.m., Noon, on June 7, 2024. No objection or response to the Tentative Ruling was filed.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Joint Motion to Approve Compromise and Settlement is hereby **APPROVED**. The Trustee is hereby authorized to distribute any proceeds received from the compromise and settlement first to the allowed unsecured creditors, then to the allowed claims of priority creditors, and lastly to the allowed claims of secured creditors, including interest. The Trustee is further authorized to increase the base amount due under the Plan and take a fee on all funds disbursed.

2. The Application for Attorney's Fee is hereby **APPROVED**.

3. This Adversary Proceeding is hereby **DISMISSED**, and the Clerk's Office is directed to close this Adversary Proceeding after thirty (30) days with no further pleadings having been filed.

Dated this the 7th day of June, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge